**E-FILED**
Tuesday, 15 March, 2005  09:55:07 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

Human Resources



*The Genuine. The Original.*

| About our Company | Residential Products | Commercial Products | Find a Dealer |

Home >> HR >> About Us



*The Genuine. The Original.*

- Company History
- Corporate Divisions
- Press Room
- Mission Statement
- Philosophy
- Benefits
- Jobs
- Contact Us
- Print Page

## About Us

Overhead Door Corporation pioneered the upward-acting door industry, inventing the first upward-acting door in 1921 and the first electric door opener in 1926. Today, we continue to be the industry leader through the strength of our product innovation, superior craftsmanship and outstanding customer support, underscoring a legacy of quality, expertise and integrity. With three operating divisions (Access Systems Division, Horton, TODCO) and 19 manufacturing facilities across the US and UK, we are committed to offering products and services that provide safety, security and convenience to satisy our customer's needs. That's why design and construction professionals specify Overhead Door Corporation products more often than any other brand.

**Company Address:**
Overhead Door Corporation
1900 Crown Drive
Farmers Branch, Texas, 75234-6028
Telephone  1-800-275-3290

**Parent Company**

Sanwa Shutter Corporation
Established in 1956 as a shutter manufacturer, Sanwa pioneered the engineering, production, marketing and distribution of steel building materials in Japan. Today, the company is the number one manufacturer of construction products domestically, and has leveraged its brand equity to become the recognized industry leader worldwide.

Sanwa Shutter Corporation
1-1, Nishi-Shinjuku,
2-chome, Shinjuku-ku, Tokyo, Japan
Telephone 3-3346-3019

© 2003 Overhead Door Corp. All rights reserved.  |  Privacy  |  Legal

# EXHIBIT B



758646

# THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

**March 07, 2005**

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,807,028* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.


REGISTERED FOR A TERM OF *10* YEARS FROM   *November 30, 1993*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *November 30, 2003*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *OVERHEAD DOOR CORPORATION*
   *A CORP OF INDIANA*


By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

*T. LAWRENCE*

**T. LAWRENCE**
**Certifying Officer**

Int. Cls.: 6, 9 and 19

Prior U.S. Cls.: 12, 21 and 26

Reg. No. 1,807,028

# United States Patent and Trademark Office

Registered Nov. 30, 1993

## TRADEMARK
### PRINCIPAL REGISTER



OVERHEAD DOOR CORPORATION (INDIANA CORPORATION)
6750 LBJ FREEWAY, SUITE 1200
DALLAS, TX 75240

FOR: UPWARD ACTING METAL DOORS, PARTICULARLY GARAGE DOORS, ROLLING SERVICE DOORS, ROLLING FIRE DOORS, ROLLING GRILLES, ROLLING COUNTER DOORS, SERVICE COUNTER DOORS, AND ROLLING CURTAIN DOORS; METAL SLIDING GRILLES , IN CLASS 6 (U.S. CL. 12).

FIRST USE 0-0-1941; IN COMMERCE 0-0-1941.

FOR: ELECTRONIC CONTROLS FOR ACTUATING AND CONTROLLING THE OPERATION OF ELECTRIC DRIVE MOTORS; REMOTE CONTROL TRANSMITTERS; REMOTE CONTROLLERS FOR HOUSEHOLD LIGHTING AND ACCESSORIES; INFRARED SAFETY SENSORS; ELECTRIC OPERATORS FOR OPENING AND CLOSING DOORS, IN CLASS 9 (U.S. CLS. 21 AND 26).

FIRST USE 0-0-1941; IN COMMERCE 0-0-1941.

FOR: NON-METAL UPWARD ACTING DOORS, IN CLASS 19 (U.S. CL. 12).

FIRST USE 0-0-1941; IN COMMERCE 0-0-1941.

SEC. 2(F).

SER. NO. 74-301,581, FILED 8-6-1992.

IRENE D. WILLIAMS, EXAMINING ATTORNEY

# EXHIBIT C



758646

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

#### United States Patent and Trademark Office

**March 07, 2005**

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,851,191* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *August 23, 1994*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM  *August 23, 2004*
SECTION 8
SAID RECORDS SHOW TITLE TO BE IN:
   *OVERHEAD DOOR CORPORATION*
   *A CORP OF INDIANA*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

*T. Lawrence*

**T.  LAWRENCE**
**Certifying Officer**

Int. Cl.: 9

Prior U.S. Cls.: 21 and 26

**United States Patent and Trademark Office**

Reg. No. 1,851,191

Registered Aug. 23, 1994

## TRADEMARK
### SUPPLEMENTAL REGISTER

## OVERHEAD DOOR

OVERHEAD DOOR CORPORATION (INDIANA CORPORATION)
6750 LBJ FREEWAY, SUITE 1200
DALLAS, TX 75240

FOR: ELECTRONIC CONTROLS FOR ACTUATING AND CONTROLLING THE OPERATION OF ELECTRIC DRIVE MOTORS; REMOTE CONTROL TRANSMITTERS; REMOTE CONTROLLERS FOR HOUSEHOLD LIGHTING AND ACCESSORIES; INFRARED SAFETY SENSORS; ELECTRIC OPERATORS FOR OPENING AND CLOSING DOORS, IN CLASS 9 (U.S. CLS. 21 AND 26).

FIRST USE 0–0–1935; IN COMMERCE 0–0–1935.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DOOR", APART FROM THE MARK AS SHOWN.

SER. NO. 74–301,580, FILED P.R. 8–6–1992; AM. S.R. 5–19–1994.

JOSET THOMPSON, EXAMINING ATTORNEY

# EXHIBIT D

# DOOR SPECIALTY - OVERHEAD DOOR
## 606 N. Country Fair Dr.
## Suite B
## Champaign, IL 61821
## 217-359-8585
## 217-359-8605 fax

August 25, 2004

Lord Bissell Brook LLP
Attn: Gerald O. Sweeney, Jr.
115 S. LaSalle St.
Chicago, IL 60603-3901
312-443-0218
312-896-6218 fax

Re: File number 7672100-0004

Dear Mr. Sweeney,

Per our conversation of August 24, 2004, we understand we are not to use or

display Overhead Door Corporation trademarks.

Sincerely,

Lyn Peters

# EXHIBIT E

172    DOOR

018770 © R.H.Donnelley
Advertising of Illinois Partn...

A
B
C
D
E
F
G
H
I
J
K



# DOOR SPECIALTY

**25 Years Experience** ®

**RESIDENTIAL • COMMERCIAL • INDUSTRIAL**



**ALBANY** DOOR SYSTEMS

Service All Residential Bran...
Service All Commercial Bran...





**The Only Authorized Distributor In The Area**

**INDUSTRIAL/COMMERCIAL**
- DOCK EQUIPMENT
- FIRE DOORS
- STORE GRILLE & SECURITY GATES
- ROLLING STEEL SPECIALISTS

**RESIDENTIAL**
- TOTAL DOOR SPECIALISTS
- REPAIR ALL TYPES OF DOORS
- ENTRY DOORS
- OPERATOR SERVICE

MasterCard  www.doorspecialty.com  VISA

**217 359-8585 OR 800 373-6661**

See New Showroom In 2005

# GEORGE MALLOCH CO.

✓**Sales** ✓**Service** ✓**Installation**

- Service On All Makes & Models
- Specializing In Residential
- Garage Door Openers

*Serving Champaign County*

**FREE ESTIMATES**

**C.H.I.** OVERHEAD DOORS

**Clopay**

**GENIE** *Built for a lifetime of ups and downs.™*

PROPERTY OF NORTH AMERICAN PHILLIPS COMPANY

**Lift-Master**
The Professional Line
Garage Door Openers

DOOR SPRING AND CABLE REPAIR

1309 W. Hensley Rd.
Champaign

**217 359-2632**

FAX 217-643-2227



The Genuine. The Original.

**"OVERHEAD DOOR"**

**OVERHEAD DOOR COMPANY OF CHAMPAIGN-DANVILLE**
- Garage Doors & Openers
- Residential & Commercial
- Free Estimates
- Large Inventory
- Call For Showroom Hours
- Springs, Cables, & Sections Replaced
- Loading Dock Equipment

*Sales • Installation • Service*

VISA  MasterCard  DISCOVER NOVUS

**217-367-8121**

**CHAMPAIGN**



**Need A Specialist**

**SP** Specialization

Look for business the "Specializatio...

Yellow Pag...
Published by R.H. Don...

**Need Directions?**

**N** Location / Directions

Look for business and "Location / Directions..."

Yellow Pag...
Published by R.H. Don...

# EXHIBIT F

# COVENANT DOOR SERVICE

618770 © R.H.Donnelley Publishing & Advertising of Illinois Partnership 2004

- Residential Overhead Doors & Operators
- Semi-Trailer Doors
- High Speed Doors
- Carriage Doors
- Door & Gate Operators
- Dock Plate Repairs / Seals

## GARAGE DOOR & OPERATOR SALES & SERVICE

We Service All Makes of Doors & Operators
Residential & Commercial
24 Hour Service

See Our Showroom

Free Estimates

Locally Owned & Operated

**217-469-2002** St Joseph     **217-469-2344** St Joseph

BROKEN SPRINGS & CABLES REPAIRED

VISA    MasterCard    AMERICAN EXPRESS



INSIST ON THE ORIGINAL, SERVING THE AREA SINCE 1959

# CHAMPAIGN-DANVILLE OVERHEAD DOORS, INC

BY REW

RESIDENTIAL & COMMERCIAL

## 217-367-8121

SERVICE • PARTS • SALES • INSTALLATION
FACTORY AUTHORIZED DISTRIBUTOR

CALL FO
FREE ES

### Raynor Garage Doors
www.raynor.com

- Available In Seven Different Colors
- Backed by a warranty that's good for as long as you own your home. (Raynor Garage Doors Only)
- They look like wood, but are made of steel. Won't warp, crack, split or rust

★ Large Inve
★ Spring Re (Same Day
★ Garage D
★ Custom S
★ Sectional
★ Steel & S
★ Rolling S
★ TODCO S
★ Decorati
★ Loading

LEADED & BEVELED GLASS    ORNAMENTAL SECURITY DOORS

        

GARAGE DOORS



VISA



# J.C.'s Garage Door Sales

A Division of PINNACLE DOOR COMPANY

RESIDENTIAL - COMMERCIAL

Specializing in The Replacement Of Garage Doors and Openers

WE SERVICE ALL MAKES OF DOORS & OPERATORS

FREE ESTIMATES

SPRING SPRUNG? CABLE SNAPPED?
DOOR STUCK?
TRANSMITTERS NOT WORKING/LOST?
Spring & Section Replacement
STEEL CARRIAGE HOUSE DOORS
QUALITY WINDOWS & WALK DOORS

4102 Colleen Dr • Champaign

AMERICAN EXPRESS    VISA    MasterCard

**217-351-3130 or 217-469-7349**

VISIT OUR SHOWROOM!

ROCKE OVERHEAD DOOR

WE SERVICE MOST MAKES & MODELS OF DOORS AN
SALES • SERVICE • INSTALLATION

RESIDENTIAL
INDUSTRIAL
COMMERCIAL
FARM

OVERHEAD DOORS
• Garage Doors
• Rolling Steel
• Fire Doors
• Steel • Wood • All Types

OPERATI
• Door C
• Remot
• Exterio
• Radio

C.H.I.    Lift-Master The Professional Line Garage Door Operators


DOOR SPRING AND CABLE REPAIR

217 33

---

## DOOR CLOSERS & CHECKS

COVENANT DOOR SERVICE
Sales & Service
Residential & Commercial
 • Doors     • Operators
See Our Ad
This Classification
Free Estimates
**217-469-2002**
**217-469-2344**
St. Joseph

J.C'S GARAGE DOOR SALES
4102 Colleen Dr Champgn------351-3130
See Our Ad This Page
MALLOCH GEORGE COMPANY
1309 W Hensley Rd Champgn--359-2632
See Our Ad Preceding Page
OVERHEAD DOOR COMPANY OF
CHAMPAIGN
606 N Country Fair Dr Champgn--359-8585
See Our Ad Preceding Page
OVERHEAD DOOR COMPANY OF
CHAMPAIGN-DANVILLE
305 S East Av
Ogden----------ChmpTelNo 367-8121
See Our Ad Preceding Page

## DOOR FRAMES

SECURITY DOOR & HARDWARE CO
1402 Butzow Dr Urbana------337-1478

## Door & Gate Operating Devices

See Garage Doors–Sales & Repair

MODERN PEOPLE FIND THE ANSWERS
TO THEIR BUYING PROBLEMS IN
THE YELLOW PAGES. QUICKLY AND
EASILY. THIS HANDY BOOK LOCATES
THE PRODUCTS AND SERVICES YOU
NEED - TELLS YOU WHO SELLS IT
AND WHERE. AND THAT INCLUDES
UNUSUAL, HARD-TO-FIND ITEMS
AS WELL. JUST LOOK IN THE BOOK
AND YOU'LL SAVE TIME, TROUBLE
AND TRAVEL.

## DOORS

See Also Storm Windows & Doors

ALCO OVERHEAD DOORS
114 Moses St Arthr----- **888 467-0543**
See Our Ad This Page
CHAMPAIGN-DANVILLE OVERHEAD DOORS
INC
RR 1 St Jos-------------------469-7871
CHAMPAIGN-DANVILLE OVERHEAD DOORS
INC
305 S East Av
Ogden--------------ChmpTelNo 367-8121
See Our Ad This Page
COVENANT DOOR SERVICE
810 N 3rd St Jos----------------469-2002
See Our Ad This Page
CURRIES STEEL DOORS &
FRAMES-
ODMAN-HECKER & CO INC
508 N Goodwin Urbana---------328-3051
DENI'S DOOR SERVICE
385 County Rd 2400E
Broadlands----------------------834-3151
See Our Ad Following Page
DILLMAN BROTHERS CONTRACTING INC
3509 N Cunningham Av Urbana---344-8290

YELLOW PAGES SHOPPERS LOOK
FOR ADS WITH INFORMATION. LIKE
BRAND NAMES, YOUR BUSINESS
HOURS, THE CREDIT CARDS YOU
ACCEPT, AND THE SPECIAL
SERVICES YOU OFFER. IF YOU'RE
STILL JUST A LISTING, NOW IS
THE TIME TO DO SOMETHING
ABOUT IT. CALL YOUR
YELLOW PAGES SALES
REPRESENTATIVE.

— continued —

ILLINI OVERHEAD DOOR
314 Bridge St Monticello-----------762-3317
See Our Ad Following Page
J.C'S DOOR SALES & SERVICE
4102 Colleen Dr
Champgn— Saint Joseph Tel No 469-7349
JC'S GARAGE DOOR SALES
4102 Colleen Dr Champgn------351-3130
MALLOCH GEORGE COMPANY
1309 W Hensley Rd Champgn------359-2632
MIDWEST GARAGE DOORS
Blue Mound—Champaign Tel No 398-6028
MODERNFOLD PARTITIONS-
OPERABLE FOLDING &
MOVABLE-
INSTALLING DISTRIBUTORS
RAVENSBERG INC
410 N Prairie Blmngtn----309 827-5598

OVERHEAD DOOR COMPANY OF
CHAMPAIGN
Residential • Commercial • Industrial
 • Repairs On All Types Of Doors
 • Entry Doors • Operator Service
 • Dock Equipment • Fire Doors
 • Store Grille & Security Gates
 • Rolling Steel Specialists
**217-359-8585 or 800-373-6661**
606 Country Fair Dr               Champaign

MODERN PEOPLE FIND THE ANSWERS
TO THEIR BUYING PROBLEMS IN
THE YELLOW PAGES. QUICKLY AND
EASILY, THIS HANDY BOOK LOCATES
THE PRODUCTS AND SERVICES YOU
NEED - TELLS YOU WHO SELLS IT
AND WHERE. AND THAT INCLUDES
UNUSUAL, HARD-TO-FIND ITEMS
AS WELL. JUST LOOK IN THE BOOK
AND YOU'LL SAVE TIME, TROUBLE
AND TRAVEL.

# ALCO OVERHEAD DOORS



PRO
RELIA
SERV

SALES • SERVICE • REPAIRS •
Residential • Commercial • Ind

MasterCard    "Quality Installations Since 19

114 Moses Street Arthur, Illinois 61911 • FAX 2

GENIE AUTHORIZED SERVICE DEALER

**1-888-467-0543**
**217-543-3502**

Publishing rship 2004

nds nds

ecialist?

SBC
Yellow Pages
Published by R.H. Donnelley

nesses with ation" Icon

ections?

SBC
Yellow Pages
Published by R.H. Donnelle

nesses with irections" Icc







