IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| OVERHEAD DOOR CORPORATION, | ) | |
| | ) | |
| Plaintiff | ) | Case No. 05 C 2070 |
| | ) | |
| vs. | ) | |
| | ) | |
| DOOR SPECIALTY COMPANY, formerly known as Overhead Door Company of Champaign, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT DOOR SPECIALTY COMPANY OF CHAMPAIGN'S ANSWER TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES

Defendant Door Specialty Corp. of Champaign, by its attorneys, answers the Complaint as follows:

1. The allegations of Paragraph 1 are admitted.

2. The allegations of Paragraph 2 are denied, although Door Specialty Company of Champaign is an Illinois Corporation with principal place of business in Champaign, Illinois.

3. The allegations of Paragraph 3 are admitted, although the validity of the claim is denied.

4-10. The allegations of Paragraph 4-10 are admitted.

11. The allegations of Paragraph 11 are admitted, subject to the change of corporate name.

12-17. The allegations of Paragraph 12-17 are admitted.

18. The allegations of Paragraph 18 are denied, although Defendant admits it operates a business offering services related to selling upward-acting doors and related products and that it is entitled to do so. Defendant denies using the Plaintiff's marks.

19. The allegations of Paragraph 19 are denied in that Defendant did not advertise, or authorize, the usage of Plaintiff's marks.

20-23. The allegations of Paragraph 20-23 are admitted.

24. The allegations of Paragraph 24 are denied. Plaintiff does not appear to have a listing in the telephone book. A licensee of Plaintiff appears to be listed, along with ALCO OVERHEAD DOORS, ILLINI OVERHEAD DOOR, ROCKE OVERHEAD DOORS, and others.

25. The allegations of Paragraph 25 are admitted.

26. The allegations of Paragraph 26 are denied.

27. Defendant repeats their answers to Paragraphs 1-26.

28-31. The allegations of Paragraphs 28-31 are denied.

32. Defendant repeats the answers for Paragraphs 1-31.

33-37. The allegations of Paragraphs 33-37 are denied.

38. Defendant repeats their answers to Paragraphs 1-37.

39. The allegations of Paragraph 39 are admitted.

40-43. The allegations of Paragraphs 40-43 are denied.

For further answer to the complaint, this Defendant asserts the following special and/or affirmative defenses:

1. The complaint lists DOOR SPECIALTY COMPANY, rather than the proper corporate name of DOOR SPECIALTY COMPANY OF CHAMPAIGN.

2. The complaint fails to state a claim upon which relief can be granted.

3. Plaintiff's trademark for the name OVERHEAD DOOR, trademark registration 1,851,191 has become generic and is unenforceable. Review of the Champaign telephone book referenced includes listings for ALCO OVERHEAD DOORS, ILLINI OVERHEAD DOOR, ROCKE OVERHEAD DOORS in the same market. A brief Internet search reveals C.H.I. Overhead Doors, Plyler Overhead Doors, Custom Overhead Door, United Overhead Door, and others using the name OVERHEAD DOOR.

4. Defendant asked the Yellow Page representative to change their advertising and listing to remove the Plaintiff's marks. SBC, and/or R.H. Donnelly Publishing & Advertising of Illinois Partnership, or others are responsible for the listing as it appeared, not Defendant.

5. The 'Red Ribbon' in the 2004 Yellow Pages is different from the trademark registration of Plaintiff.

WHEREFORE, having fully answered, DOOR SPECIALTY COMPANY OF CHAMPAIGN prays to be dismissed with its reasonable costs.

                DOOR SPECIALTY COMPANY OF CHAMPAIGN,
                Defendant, by its attorneys,
                MALONEY, PARKINSON & BERNS


                /Michael Berns/

                Michael Berns

Michael Berns
Atty. No. 6215760
Maloney, Parkinson & Berns
135 W Main St.
Urbana, IL 61801
217-367-9000
Fax 217-384-4206
mberns@shout.net