E-FILED
Thursday, 31 March, 2005  05:16:09 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| OVERHEAD DOOR CORPORATION, ) | |
| ) | |
| Plaintiff ) | Case No. 05 C 2070 |
| ) | |
| vs. ) | |
| ) | |
| DOOR SPECIALTY COMPANY, formerly ) | |
| known as Overhead Door Company of ) | |
| Champaign, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S CERTIFICATE OF INTEREST

The undersigned, counsel of record for DOOR SPECIALTY COMPANY OF CHAMPAIGN, formerly known as DOOR SPECIALTY- OVERHEAD DOOR CO. OF CHAMPAIGN, furnishes the following in compliance with Rule 11.3 of this court.

1.)   DOOR SPECIALTY COMPANY OF CHAMPAIGN
      200 N. State Highway #121
      Mt. Zion, IL 62549

2.)   NONE

3.)   MALONEY, PARKINSON & BERNS
      135 W. Main St.
      Urbana, IL 61801
      217-367-9000

March 31, 2005                      /Michael Berns/
                                    Michael Berns

Michael Berns
Atty. No. 6215760
Maloney, Parkinson & Berns
135 W Main St.
Urbana, IL 61801
217-367-9000
Fax 217-384-4206
mberns@shout.net