**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| OVERHEAD DOOR CORPORATION,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> vs.  ) <br> ) <br> DOOR SPECIALTY COMPANY, formerly  ) <br> known as Overhead Door Company of  ) <br> Champaign,  ) <br> ) <br> Defendant.  | Case No. 2:05-cv-2070 |

**PLAINTIFF'S CERTIFICATE OF INTEREST**

The undersigned, counsel of record for OVERHEAD DOOR CORPORATION, furnishes the following in compliance with Rule 11.3 of this court.

1) The full name of the plaintiff is Overhead Door Corporation.

2) (a)  Overhead Door Corporation's parent corporation is Sanwa U.S.A., Inc., which is a domestic holding company.  Sanwa U.S.A., Inc., is wholly owned by Shutter Corporation. (b) Overhead Door Corporation is not publicly traded.

3) The name of the law firm whose partners or associates will appear in this case is Lord, Bissell & Brook LLP.

April 1, 2005

s/ Adam Waskowski
Adam Waskowski
Gerald O. Sweeney, Jr.
Attorneys For Plaintiff
Adam Waskowski Bar ID number: 6284221
LORD BISSELL & BROOK LLP
115 S. LaSalle St.
Chicago, Illinois 60603-3901
Telephone: 312-443-1767
Fax: 312-896-6767
E-mail: awaskows@lordbissell.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Door Specialty Company (Michael Berns).

                                                           s/ Adam Waskowski
Adam Waskowski
Attorney For Plaintiff
Adam Waskowski Bar ID number: 6284221
LORD BISSELL & BROOK LLP
115 S. LaSalle St.
Chicago, Illinois 60603-3901
Telephone: 312-443-1767
Fax: 312-896-6767
E-mail: awaskows@lordbissell.com