E-FILED
Thursday, 14 April, 2005 04:16:19 PM
Tuesday, 15 March, 2005 10:08:50 AM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

OVERHEAD DOOR CORPORATION

**SUMMONS IN A CIVIL ACTION**

V.

DOOR SPECIALTY COMPANY

CASE NUMBER: 05-2070

TO: (Name and address of Defendant)

Door Specialty Company
606 N. County Fair Dr., Ste. B
Champaign, IL 61821

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Adam Waskowski
Lord, Bissell & Brook LLP
115 S. LaSalle Street
Chicago, IL 60603

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                                              3/15/2005
CLERK                                                         DATE

s/V. Ball
(By) DEPUTY CLERK

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE: MARCH 24, 2005 |
| NAME OF SERVER (PRINT): J. MITCHELL PAL | TITLE: PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☐  Other (specify): CORPORATE SERVICE: ACCEPTED BY AMY SULLIVAN, SECRETARY, DOOR SPECIALTY COMPANY, 606 N. COUNTY FAIR DR., STE. B., CHAMPAIGN, IL 61820

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  APRIL 11, 2005                J. Mitchell Pal
                    Date                              Signature of Server

                                           P.O. BOX 581, CLIFTON, IL 60927
                                           Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.