E-FILED
Tuesday, 19 April, 2005  04:46:22 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| OVERHEAD DOOR CORPORATION, ) | Case No. 2:05-cv-2070 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DOOR SPECIALTY COMPANY, formerly ) | |
| known as Overhead Door Company of ) | |
| Champaign, ) | |
| ) | |
| Defendant. | |

### REPORT ON RULE 26(f) PLANNING MEETING

Plaintiff being represented by Lord, Bissell & Brook LLP, and Defendant being represented by Maloney, Parkinson & Berns, counsel met on April 11, 2005, for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates which counsel have agreed upon.

1. The deadline for amendment of pleadings is May 31, 2005.

2. The deadline for joining additional parties is May 31, 2005.

3. Plaintiff shall disclose experts and provide expert reports by July 1. Plaintiff shall make any such experts available for deposition by August 1.

4. Defendant shall disclose experts and provide expert reports by July 1. Defendant shall make any such experts available for deposition by August 1.

5. Discovery shall be modified as follows:

   a) The disclosures required under Rule 26(a) must be submitted by April 27, 2005.

   b) All Interrogatories and Requests for Admissions must be served by May 20, 2005.

   c) All Interrogatories and Requests for Admissions must be answered within thirty (30) days after service of the Interrogatories and Requests for Admissions.

d) All Requests for Production of Documents and Things must be served by June 20, 2005.

e) All Requests for Production of Documents and Things must be answered within thirty (30) days after receiving the Requests for Production of Documents and Things.

6. All discovery, including deposition of experts, is to be completed by August 31, 2005.

7. The deadline for filing case dispositive motions shall be September 9, 2005.

Overhead Door Corporation, Plaintiff

BY: _____Adam Marshmark_____

Lord Bissell & Brook LLP

DOOR SPECIALTY CO. OF CHAMPAIGN
~~Door Specialty Company~~, Defendant

BY: _____Michael B_____

Maloney Parkinson & Berns

## ORDER

This Court accepts the discovery calendar itemized above with any noted changes, as well as the additions below.

The matter is scheduled for a telephone status conference before _____ on _____.

The matter is scheduled for final pretrial conference by personal appearance before _____ on _____.

The matter is scheduled for jury selection/jury trial or bench trial before _____ on _____ (Case No. _____)

ENTERED this _____ day of _____, 2005.