## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| OVERHEAD DOOR CORPORATION, | ) | Case No. 2:05-cv-2070 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DOOR SPECIALTY COMPANY, formerly known as Overhead Door Company of Champaign, | ) ) ) ) | |
| Defendant. | | |

### Certificate of Compliance with Federal Rule of Civil Procedure 26(a)

The undersigned states that he served Plaintiff Overhead Door Corporation's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a) on the following persons:

Mr. Michael Berns
Maloney, Parkinson & Berns
135 West Main Street
Urbana, IL  61801

by mailing a true and correct copy, proper postage prepaid, from 115 South LaSalle Street, Chicago, Illinois, at or before 5:00 PM this 27th day of April, 2005.

Dated April 27, 2005              s/ Adam Waskowski
                                  Adam Waskowski
                                  Attorney For Plaintiff
                                  Adam Waskowski Bar ID number: 6284221
                                  LORD BISSELL & BROOK LLP
                                  115 S. LaSalle St.
                                  Chicago, Illinois 60603-3901
                                  Telephone: 312-443-1767
                                  Fax: 312-896-6767
                                  E-mail: awaskows@lordbissell.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Door Specialty Company (Mr. Michael Berns).

                                        s/ Adam Waskowski
                                        Adam Waskowski
                                        Attorney For Plaintiff
                                        Adam Waskowski Bar ID number: 6284221
                                        LORD BISSELL & BROOK LLP
                                        115 S. LaSalle St.
                                        Chicago, Illinois 60603-3901
                                        Telephone: 312-443-1767
                                        Fax: 312-896-6767
                                        E-mail: awaskows@lordbissell.com