**E-FILED**
Tuesday, 03 May, 2005  02:22:42 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| OVERHEAD DOOR CORPORATION, | ) | |
| | ) | |
| Plaintiff | ) | Case No. 05 C 2070 |
| | ) | |
| vs. | ) | |
| | ) | |
| DOOR SPECIALTY COMPANY, formerly | ) | |
| known as Overhead Door Company of | ) | |
| Champaign, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO ADD THIRD PARTY DEFENDANT R.H. DONNELLY PUBLISHING & ADVERTISING OF ILLINOIS PARTNERSHIP

DOOR SPECIALTY COMPANY OF CHAMPAIGN, pursuant to Federal Rule of Civil Procedure 14 (a) moves for leave of court to file a third party action against R.H. DONNELLY PUBLISHING & ADVERTISING OF ILLINOIS PARTNERSHIP ("DONNELLY").

DONNELLY is or may be liable to the third-party plaintiff DOOR SPECIALTY COMPANY OF CHAMPAIGN for all or part of the plaintiff's claim against the third-party plaintiff.

May 3, 2005                                        s/Michael Berns

Michael Berns
Atty. No. 6215760
Maloney, Parkinson & Berns
135 W Main St.
Urbana, IL 61801
217-367-9000
Fax 217-384-4206
mberns@shout.net