**E-FILED**
Monday, 16 May, 2005  10:22:37 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| OVERHEAD DOOR CORPORATION, | ) | |
| | ) | |
| Plaintiff | ) | Case No. 05 C 2070 |
| | ) | |
| vs. | ) | |
| | ) | |
| DOOR SPECIALTY COMPANY, formerly known as Overhead Door Company of Champaign, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

### WITHDRAWAL OF MOTION TO ADD THIRD PARTY DEFENDANT R.H. DONNELLY PUBLISHING & ADVERTISING OF ILLINOIS PARTNERSHIP

DOOR SPECIALTY COMPANY OF CHAMPAIGN withdraws their motion to add the third party.


May 13, 2005                                                                                   s/Michael Berns


Michael Berns
Atty. No. 6215760
Maloney, Parkinson & Berns
135 W Main St.
Urbana, IL 61801
217-367-9000
Fax 217-384-4206
mberns@shout.net