**E-FILED**
Monday, 16 May, 2005 01:38:15 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | | |
|---|---|---|
| **OVERHEAD DOOR CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | |
| | ) | Case No. 05-2070 |
| **DOOR SPECIALITY COMPANY,** | ) | |
| **f/k/a Overhead Door Company of Champaign,** | ) ) | |
| **Defendant.** | ) | |

## ORDER FOLLOWING REPORT OF SETTLEMENT

This case has been reported settled by the parties. The parties are hereby directed to file with the court, within thirty-five (35) days of the date of this order, a stipulation of dismissal and a dismissal order. All time tables and scheduled hearings are vacated until further order.

ENTER this 16th day of May, 2005.

                                                           s/ DAVID G. BERNTHAL
                                                         U.S. MAGISTRATE JUDGE