UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| OVERHEAD DOOR CORPORATION )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>DOOR SPECIALTY COMPANY, formerly )<br>known as Overhead Door Company of )<br>Champaign,  )<br>)<br>Defendant.  ) | Case No. 2:05-cv-2070 |

### STIPULATION OF DISMISSAL

All matters in dispute between the parties to the above-entitled cause having been satisfactorily comprised and settled:

IT IS HEREBY STIPULATED AND AGREED by and between said parties, by their respective attorneys, that said cause may be dismissed, without costs to either party, all costs having been paid, and each party is to pay its own attorneys' fees.

WHEREFORE, the parties hereto pray that the court enter the attached order dismissing plaintiff's complaint with prejudice.

| OVERHEAD DOOR CORPORATION | DOOR SPECIALTY COMPANY |
|---|---|
| By:  s/ Adam Waskowski | By:  s/ Michael Berns |
| Gerald O. Sweeney<br>Adam Waskowski<br>Attorney For Plaintiff<br>Adam Waskowski Bar ID number: 6284221<br>LORD BISSELL & BROOK LLP<br>115 S. LaSalle St.<br>Chicago, Illinois 60603-3901<br>Tel:    312-443-1767<br>Fax: 312-896-6767<br>E-mail: awaskows@lordbissell.com | Michael Berns<br>Attorney for Defendant<br>MALONEY, PARKINSON & BERNS<br>Michael Berns Bar ID number 6215760<br>135 W. Main St.<br>Urbana, Illinois 61801<br>Tel:    217-367-9000<br>Fax:   217-384-4206<br>mberns@shout.net |