**E-FILED**
Wednesday, 29 June, 2005  07:15:35 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| OVERHEAD DOOR CORPORATION | ) | |
| | ) | Case No. 2:05-cv-2070 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DOOR SPECIALTY COMPANY, formerly | ) | |
| known as Overhead Door Company of | ) | |
| Champaign, | ) | |
| | ) | |
| Defendant. | ) | |

### AGREED ORDER OF DISMISSAL

This cause coming to be heard on this date upon the Stipulation to Dismiss with prejudice filed herein by the plaintiff and defendants, and the Court having examined said Stipulation and being fully advised regarding the same, finds that this cause of action has been fully compromised and settled and the parties have stipulated and agreed to dismissal of plaintiff's complaint with prejudice, and that the court further finds that all costs have been paid.

IT IS HEREBY ORDERED that the plaintiff's complaint against the defendants is dismissed with prejudice.

ENTER: _____

_____
Judge